UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SHANA Y. DUNN, an individual, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>CREDITOR'S INTERCHANGE, INC.; )<br>KEN CASHMAN, an individual; SEAN )<br>MARTIN, an individual; and DOES 1 )<br>through 19, inclusive, )<br>)<br>Defendant(s). ) | Case No. EDCV 07-1197-VAP (OPx)<br><br>ORDER SETTING<br>SCHEDULING CONFERENCE:<br><br>Date:      March 17, 2008<br>Time:      1:30 p.m.<br>Location:  U.S. District Court<br>           3470 Twelfth Street<br>           Riverside, California<br>           Courtroom 2 |

### READ THIS ORDER CAREFULLY

This matter is set for a scheduling conference on March 17, 2008 at 1:30 p.m. The conference will be held pursuant to F.R.Civ.P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court. **ALL LEAD TRIAL COUNSEL MUST BE PRESENT.** Failure to comply may lead to the imposition of sanctions. Counsel are further directed to submit form ADR 1, located on the Court's website at www.cacd.uscourts.gov no later than seven days before the scheduling conference date.

**IT IS SO ORDERED.**

Dated: December 7, 2007

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge

s:\VAP\CRD'S FORM\3-ord-sched-conf.frm