# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 07-1197-VAP (OPx)                    Date:  December 28, 2007

Title:   SHANA Y. DUNN, an individual -v- CREDITOR'S INTERCHANGE, INC.; KEN CASHMAN, an individual; SEAN MARTIN, an individual; and DOES 1 through 19, inclusive

===============================================================

PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                         None

PROCEEDINGS:   MINUTE ORDER AMENDING STANDING ORDER (IN CHAMBERS)

   Effective January 1, 2008, electronic filing ("e-filing") will be mandatory for all new and pending civil cases in the United States District Court for the Central District of California.  Information about the Court's Electronic Case Filing system is available on the Court's website at www.cacd.uscourts.gov/cmecf.

   The "e-filing" of all documents required to be "e-filed" in this matter pursuant to General Order No. 07-08 shall be completed **by 4:00 p.m. on the date due**.  Any documents "e-filed" after 4:00 p.m. on the date due will be considered late and may be stricken by the Court.

MINUTES FORM 11                              Initials of Deputy Clerk _cls for md_____
CIVIL -- GEN                                         Page 1

EDCV 07-1197-VAP (OPx)
SHANA Y. DUNN, an individual v CREDITOR'S INTERCHANGE, INC.; KEN CASHMAN, an individual; SEAN MARTIN, an individual; and DOES 1 through 19, inclusive
MINUTE ORDER of December 28, 2007

    Counsel shall provide one conformed courtesy copy of any "e-filed" document. With the exception of reply briefs for motions on the Court's hearing calendar, such courtesy copies shall be delivered no later than noon of the day following "e-filing." Courtesy copies of reply briefs, however, shall be provided by **5:00 p.m. on the day of filing**, and shall be delivered to the "Courtesy Box," located outside of Courtroom 2 on the 2nd floor at the United States District Court, 3470 Twelfth Street, Riverside, California 92501.

    **IT IS SO ORDERED.**