LEWIS BRISBOIS BISGAARD & SMITH LLP
Tim J. Vanden Huevel (SBN 140731)
550 West "C" Street, Suite 800
San Diego, CA 92101
vanden@lbbslaw.com
Phone: 619-233-1006
Fax: 619-233-8627
Attorney for Defendant
Creditors Interchange

LAW OFFICES OF ERIC F. FAGAN
Mary G. Thompson
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
mt@efaganlaw.com
Phone: 619-656-6656
Fax: 619-233-8627
Attorney for Plaintiff,
Shana Dunn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA Y. DUNN, an individual<br><br>Plaintiff,<br><br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLES MANAGEMENT, LLC; KEN CASHMAN, an individual; SEAN MARTIN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. ED CV 07-01197 VAP (OPx)<br><br>**NOTICE OF SETTLEMENT PROCEDURE SELECTION**<br><br>ACTION FILED: 9/28/07<br>TRIAL DATE:   Not Set |

Pursuant to Local Rule 16-15, the parties in this matter have selected the following settlement procedure:

**SETTLEMENT PROCEDURE NO. 3**: The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

4822-8567-1682.1

-1-

1 | The parties have agreed to hold a mediation/settlement conference on March
2 | 5, 2008 at Lewis Brisbois Bisgaard & Smith LLP, located at 550 West "C" Street,
3 | in San Diego, California. The parties have selected and agreed upon Retired Judge
4 | Herbert Hoffman to preside as the private mediator for this conference.

6 | DATED: February 2?, 2008                    LAW OFFICES OF ERIC F. FAGAN

8 | By /s/ M_____
   | Mary G. Thompson
9 | Attorney for Plaintiff Shana Y. Dunn

11 | DATED: February 21, 2008                   LEWIS BRISBOIS BISGAARD & SMITH LLP

13 | By /s/ Sondra R. Levine
   | Tim J. Vanden Heuvel
14 | Sondra R. Levine
   | Attorneys for Defendant Creditors Interchange
15 | Receivables Management

4822-8567-1682.1

-2-

CASE NO. ED CV 07-01197 VAP (OPX)
NOTICE OF SETTLEMENT PROCEDURE SELECTION