1  Mary G. Thompson (SBN 249200)
   Law Offices of Eric F. Fagan
2  2300 Boswell Rd., Suite 211
3  Chula Vista, CA  91914
   mt@efaganlaw.com
4  Phone: 619-656-6656 Fax: 775-898-5471
5  Attorney for Plaintiff Shana Y. Dunn

6

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10
   SHANA Y. DUNN, an individual;       )
11                                      )   Civil Case No.:  ED CV 07-01197
                                        )   VAP (OPx)
12           Plaintiff                  )
                                        )
13   v.                                 )   **APPLICATION AND**
                                        )   **STIPULATION FOR**
14   CREDITOR'S INTERCHANGE             )   **DISMISSAL**
     RECEIVABLE MANAGEMENT,             )
15   LLC; KEN CASHMAN, an individual;   )
16   SEAN MARTIN, an individual; and    )
     DOES 1 through 10 inclusive,       )
17                                      )
                                        )
18                                      )

19
                           **I.**
20
                       **APPLICATION**
21
        The parties hereby apply to this court to dismiss the entire action with prejudice.  Good
22
   cause exists for the dismissal as set forth below in the stipulation.
23
24  //
25  //
26  //
27  //
28  //

C:\Documents and Settings\wilkinsn\Local Settings\Temp\XPGRPWISE\Dismissal Stipulation.doc  1
APPLICATION AND STIPULATION FOR DISMISSAL

## II.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendants that the entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(ii).

DATED: March 14, 2008

_____
Mary G. Thompson
Attorney for Plaintiff

DATED: 3.14, 2008

_____
Tim J. Vanden Heuvel
Attorney for Defendant Creditor's Interchange